```
                                            FILED
                                       IN CLERK'S OFFICE
                                    US DISTRICT COURT E.D.N.Y.
```

**UNITED STATES DISTRICT COURT** ★ **MAY 30 2018** ★
**EASTERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X  **BROOKLYN OFFICE**

ANGEL A. CUMBE,

                             Plaintiff,        **ORDER ADOPTING REPORT AND RECOMMENDATION**

-against-                                           16-cv-392 (AMD) (SJB)

PETER PAN DONUTS AND PASTRIES INC., CHRISTAS SIAKAKIS, DONNA SIAFAKAS,

                             Defendants.

----------------------------------------------------------------X

**Ann M. Donnelly, United States District Judge:**

On January 25, 2016, the plaintiff commenced this action against the defendants, pursuant to the Fair Labor Standards Act, the New York Labor Law, and the Wage Theft Prevention Act, for unpaid overtime wages and missing wage statements. (ECF No. 1.) On March 16, 2018, the parties filed a motion for approval of their settlement agreement. (ECF No. 44.) On April 17, 2018, Magistrate Judge Sanket Bulsara held a *Cheeks* hearing, after which he ordered the parties to file a revised settlement agreement, which the parties did on May 3, 2018. (ECF No. 45.) On May 15, 2018, Judge Bulsara issued a Report and Recommendation in which he recommended that the revised settlement be approved. (ECF No. 46.) No objections have been filed to the Report and Recommendation, and the time for doing so has passed. (ECF No. 46.)

In reviewing Report and Recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). Where, as here, no party has objected to the magistrate judge's recommendation, "a district court need only satisfy itself that there is no clear error on the face of the record."

1

*Urena v. New York*, 160 F.Supp.2d 606, 609-10 (S.D.N.Y. 2001) (quoting *Nelson v. Smith*, 618 F.Supp. 1186, 1189 (S.D.N.Y. 1985)).

I have carefully reviewed Judge Bulsara's meticulous and well-reasoned Report and Recommendation for clear error and find none. Accordingly, I adopt the Report and Recommendation in its entirety. The revised settlement is approved.

**SO ORDERED.**

s/Ann M. Donnelly
_____
Ann M. Donnelly
United States District Judge

Dated: Brooklyn, New York
        May 30, 2018